Form odefnddl

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Jon M Athey  *Case No.:* 19–71729
*Debtor*

*Chapter:* 13

## NOTICE OF ORDER DEFICIENCY

Notice is hereby provided:

An Order was uploaded by you on 8/25/23 with respect to a Debtor's Motion to Modify Plan [Doc 48] . It is deficient and will not be signed for the reason indicated below:

- ☐ The Order grants relief not specifically requested in the Motion/Document. A corrected Order must be filed with the relief limited to that requested.

- ☐ The Order grants relief not specifically requested in the Motion/Document. A corrected Order deleting must be filed.

- ☐ An Order granting stay relief must describe the property subject to the Order. Reference to the Motion for a description of the property is not acceptable.

- ☐ An Order granting relief from the co–debtor stay must contain the name of the co–debtor.

- ☐ An Order granting a moratorium in Chapter 13 plan payments must contain the specific dates of the moratorium.

- ☐ Reference to Rule 4001 in the Order should be deleted.

- ☐ Order submitted with no pleading seeking the relief to be granted in the Order. A pleading must be filed to obtain the relief set forth in the Order.

- ☐ The order is not in the proper format. Please see our website for order formatting instructions.

- ☐ Language in Order does not match Motion.

- ☑ Other: The Debtor's name appears to be misspelled in the ordered portion, and the order should make clear that the plan is modified to accelerate payments and shorten plan term.

Please upload a corrected Order in compliance with this Notice or if you need further clarification of the deficiency, please file a request for further hearing on the matter. If the deficient order was submitted pursuant to a court ordered deadline, that deadline is not extended by the issuance of this notice.

Failure to upload a corrected Order may result in an Order being entered which denies the relief without further notice.

*Dated:* 8/25/23

   /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court
Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.